# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00603-CV

**In re Darrell J. Harper**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1]

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   September 30, 2015

---

[1]  *See* Tex. R. App. P. 52.8(a).